In the Matter of Summary Proceedings. FLORINE W. LYON, Respondent, v. LOUIS FELDMAN and Others, Defendants, Impleaded with MORRIS FRANKEL, Appellant.— Motions denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application for Voluntary Dissolution of the SONS OF ABRAHAM ASSOCIATION, INC.— Motion for reargument granted, and case set down for the first Monday of the October, 1921, term. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

UNITED CORK FLOORING COMPANY, Respondent, v. P. J. CARLIN CONSTRUCTION COMPANY and Others, Appellants,— Motion for reargument denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

AMERICAN RE-INSURANCE COMPANY, Respondent, v. HENRY W. IVES and Others, Appellants.— Order affirmed, with ten-dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

WILLIAM F. BROTHERS, Respondent, v. OTTO C. HEINZE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss granted, with ten dollars costs, upon the ground that the plaintiff's delay of eight years in prosecuting the action was unreasonable, and not sufficiently excused. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

ELLA D. CARR and ELIZABETH A. GODFREY, Respondents, v. LILY SUNSHINE LEVY, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of MARIE CASABIANCA, Respondent, v. SAVERIA SALA, Appellant.— Order of filiation of the Court of Special Sessions affirmed. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

ANDREW J. CONSTANTINE, Respondent, v. CHARLES F. MINER, Appellant.— Judgment and order unanimousely affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

HENRY DAVIDSON, Respondent, v. STEPHEN BULKLEY, Individually and as Surviving Partner of the Firm of DAVIDSON & BULKLEY, Appellant, and Others, Defendants.    (Action No. 1.) — Order affirmed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

HENRY DAVIDSON, Respondent, v. STEPHEN BULKLEY, Appellant, and Others, Defendants.    (Action No. 2.) — Order affirmed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

HENRY DAVIDSON, Respondent, v. STEPHEN BULKLEY, Individually and as Surviving Partner of the Firm of DAVIDSON & BULKLEY, Appellant, and Others, Defendants.— Interlocutory judgment modified so as to provide that defendant Bulkley, individually and as surviving partner, shall recover costs of the action to be taxed, also that the costs of plaintiff and defendant Bulkley shall be paid out of the proceeds of sale. This court reverses so